IN THE COUNTY COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA
SMALL CLAIMS DIVISION

| | |
|---|---|
| **Amy Lee,** | Case No: _____ |
| *Plaintiff,* | |
| | Section: _____ |
| v. | |
| **Online Collections,** a/k/a **Online Information Services, Inc.** | Ad Damnum: **$1,000 + Atty Fees & Costs** |
| *Defendant.* | **JURY TRIAL DEMANDED** |

## COMPLAINT AND JURY TRIAL DEMAND

**COMES NOW** the Plaintiff, Amy Lee, ("Ms. Lee"), by and through her attorneys, Seraph Legal, P.A., and complains of the Defendant, **Online Collections,** also known as **Online Information Services, Inc.** ("Online") and states as follows:

### PRELIMINARY STATEMENT

1. This is an action brought by Ms. Lee against Online for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et. seq.* ("FDCPA").

### JURISDICTION AND VENUE

2. Jurisdiction arises under the FDCPA, 15 U.S.C. § 1692k(d).

3. Online is subject to the provisions of the FDCPA and is subject to the jurisdiction of this Court pursuant to pursuant to Section 48.193, Florida Statutes.

4. Venue is proper in the Orange County, Florida, pursuant to Section 47.051, Florida Statutes, because the acts complained of were committed and / or caused by the Defendant therein.

## PARTIES

5. **Ms. Lee** is a natural person residing in Orange County, Florida and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3).

6. Online is a North Carolina corporation with a primary business address of 685 W. Fire Tower Rd., Winterville, North Carolina, 28590-9232.

7. Online is registered as a Foreign Profit Corporation in the State of Florida where its registered agent is **Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301.**

8. Online is a "debt collector" within the meaning of the FDCPA, 15 U.S.C. § 1692a(6), in that it uses postal mail or other instrumentality of interstate commerce for its business, the principal purpose of which is the collection of debts. Alternatively, it regularly collects or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due another.

9. Online is licensed to collect consumer debts and holds a Florida Consumer Collection Agency License ("**CCA License**") issued by the Florida Office of Financial Regulations, license number CCA0900401. **SEE PLAINTIFF'S EXHIBIT A.**

## FACTUAL ALLEGATIONS

10. Around September 2014, Ms. Lee supposedly acquired utility services from Lakeland Electric, allegedly incurring a debt of these services (the "**Debt**") of $80.

11. The Debt arose from services which were primarily for family, personal, or household purposes and meets the definition of "debt" under the FDCPA, 15 U.S.C. § 1692a(5).

12. Ms. Lee disputes owing the Debt.

13. In December of 2014, Lakeland Electric hired Online to collect the Debt, or otherwise assigned the Debt to Online for collection.

14. Around January 2015, Online reported the debt to multiple credit reporting agencies ("**CRAs**"), including Equifax and TransUnion.

15. Reporting a debt to a CRA is an attempt to collect the debt alleged therein.

16. In December 2017, Ms. Lee disputed the accuracy of Online's reporting to Trans Union.

17. TransUnion sent Online an Automated Consumer Dispute Verification ("**ACDV**") through a system known e-OSCAR, an online system used by the CRAs to communicate with furnishers of data, including debt collectors.

18. Trans Union asked Online to make a reasonable investigation into the dispute pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681i(a).

19. Upon receipt of the ACDV request in December 2017, Online knew that Ms. Lee disputed the Debt.

20. When responding to an ACDV through e-OSCAR, the person sending the response must electronically sign to confirm as follows:

> [b]y submitting this ACDV, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.

21. Around December 31, 2017, Online responded to the ACDV and instructed Trans Union to delete its tradeline. **SEE PLAINTIFF'S EXHIBIT B.**

22. Alternatively, Online instructed Trans Union to continue reporting the debt, but Trans Union opted to delete the tradeline from Ms. Lee's report for its own reasons.

23. In either scenario, however, Online was made aware of Ms. Lee's dispute by Trans Union, as the FCRA requires.

24. Online continued re-reporting the Debt to Equifax each month.

25. In January 2018, Online re-reported the Debt to Equifax, and thus engaged in a new communication regarding the Debt.

26. Despite knowing the debt was disputed, Online failed to report or disclose to Equifax the debt was "disputed by consumer."

27. When reporting a tradeline to a nationwide CRA like Equifax, a section for "Compliance Condition Codes" exists wherein a furnisher of data to a CRA can instruct the CRA to report a debt as "disputed by consumer."

28. Online left the Compliance Condition Codes section blank in its reports to Equifax.

29. Because Online did not update its report to include any Compliance Condition Codes, Online failed to report the Debt was "disputed by consumer" and thus failed to inform Equifax that the Debt was "disputed."

30. Online also reported the Debt to Equifax in February and March 2018, and in each instance failed to report the Debt as disputed.

31. In April 2018, Online once again re-reported the Debt to Equifax, and again failed to report it as a dispute debt. **SEE PLAINTIFF'S EXHIBIT C.**

32. Many commercially used credit scores, including most versions of FICO, the most commonly-used credit scores in the country, will disregard a small-dollar collection account reported as "disputed by consumer" from a credit score computation.

33. Online's failure to report the Debt as disputed therefore caused damage to Ms. Lee's credit reports and scores.

34. Online's failure to report the Debt as disputed also prevented third parties who received Ms. Lee's credit report from learning that Ms. Lee disputed the Debt, even though it was her right to have such information communicated to them.

35. Online's reports to the CRAs were "communications" as defined by 15 U.S.C. § 1692a(2).

36. Ms. Lee has hired the aforementioned law firm to represent her in this matter and is obligated to pay its reasonable fees.

## COUNT I
## VIOLATIONS OF THE FDCPA

37. Ms. Lee adopts and incorporates paragraphs 1 – 36 as if fully restated herein.

38. Online violated **15 U.S.C. § 1692e and 1692e(10)** by making false and/or deceptive representations in connection with the collection of a debt when Online repeatedly reported a debt to Equifax it knew was disputed without disclosure of the dispute.

39. Online violated **15 U.S.C. § 1692e(2)(a)** when it made a false representation about the character, amount, or legal status of the Debt by reporting a debt to Equifax which it knew to be disputed as undisputed.

40. Online violated **15 U.S.C. § 1692e(8)** when Online communicated credit information to Equifax in January through April 2018 known to be disputed without disclosure of dispute.

41. Online's actions render it liable for the above-stated violations of the FDCPA, and Ms. Lee is therefore entitled to statutory damages not to exceed $1,000.00 as well as other relief.

**WHEREFORE,** Ms. Lee respectfully requests this Honorable Court enter judgment against Online and for her as follows:

a. Statutory damages of **$1,000.00,** pursuant to 15 U.S.C. § 1692k(a)(2)(A);

b. Actual damages, pursuant to 15 U.S.C. § 1692k(a)(1);

c. Reasonable costs and attorneys' fees pursuant to 15 U.S.C. § 1692k(a)(3); and,

d. Such other relief that this Court deems just and proper.

## JURY TRIAL DEMANDED

Ms. Lee demands a jury trial on all issues so triable.

Respectfully submitted this May 29th, 2018, by:

/s/ *Thomas M. Bonan*
Thomas M. Bonan
FL Bar #: 118103
**SERAPH LEGAL, P. A.**
2002 E. 5th Ave., Suite 104
Tampa, FL 33605
Tel: 813-567-1230
Fax: 855-500-0705
Counsel for Plaintiff

# EXHIBIT A
## Defendant's Consumer Collection Agency License for Florida

5/14/2013            Florida Office of Financial Regulation

### FLORIDA OFFICE of FINANCIAL REGULATION



Smart, Efficient and Effective Regulation

**License Search Results Detail**

| | |
|---|---|
| License Name: | ONLINE INFORMATION SERVICES INC |
| DBA Name: | |
| License Type: | Consumer Collection Agency |
| Status: | Approved |
| Status Effective Date: | 11/13/2017 |
| Original Date of License: | 6/29/2001 |
| License Number: | CCA0900401 |
| License Expiration Date: | 12/31/2010 |
| License Main Address: | |
| Street: | 685 W FIRE TOWER ROAD |
| City: | WINTERVILLE |
| State: | LL |
| Zip Code: | |
| License Mailing Address: | |
| Street: | 685 W FIRE TOWER ROAD |
| City: | WINTERVILLE |
| State: | LL |
| Zip Code: | |
| Phone Number: | |

Search LL Find Users

[ New Search ]  [ Return to Search Results ]

Accessibility       Contact Us       Site Map
              (950) 487-9687

https://real.flofr.com/ConsumerServices/SearchLicensingRecords/SearchDetail.aspx?licNum=CCA0900401&lcDesc=CCA     1/1

# EXHIBIT B
## Trans Union Dispute Investigation Results dated December 31, 2017 - Excerpt



# EXHIBIT C
# Plaintiff's Equifax Consumer Disclosure Dated May 9, 2018 - Excerpt

5/9/2018          Equifax Online Dispute

## Online Dispute



### Equifax Credit File™ for: Amy G. Lee
**As of Date: 05/09/2018**

Personal Information   Accounts   **Negative Information**   Inquiries

**Collections**

A collection is an account that has been turned over to a collection agency by one of your creditors because they believe the account has not been paid as agreed.



ONLINE COLLECTIONS GRVL

| Agency Address: | PO Box 1489<br>Winterville, NC 28590-1489<br>(800) 765-5749 |
|---|---|
| Date Reported: | 04/2018 |
| Date Assigned: | 12/2014 |
| Creditor Classification: | Utilities |
| Original Creditor: | LAKELAND ELECTRIC |
| Account Number: | |
| Account Owner: | Individual Account. |
| Original Amount Owned: | $80 |
| Date of 1st Delinquency: | 09/2014 |
| Balance Date: | 04/2018 |
| Balance Owned: | $80 |
| Last Payment Date: | |
| Status Date: | 04/2018 |
| Status: | D - Unpaid |
| Comments: | N/A |

https://www.ai.equifax.com/CreditInvestigation/home/loadCollectionsDataNegativeInfo.action?tab=collections     1/2

Page 9 of 9